AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

WESTERN | DISTRICT OF | ARKANSAS

KENNETH R. HENDERSON

## JUDGMENT IN A CIVIL CASE

V.

LES MUNN

Case Number:  03-CV-1055

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

On Plaintiff Kenneth Henderson's claim that Defendant Les Munn used excessive force by spraying him with oc pepper spray while arresting him on or about November 12, 2002, we find in favor of LES MUNN.

.. IN DISTRICT ARKA..
FILED

JAN 1 2 2007

CHRIS R. JOHNSON, CLERK

1/12/2007

Date

CHRISTOPHER R. JOHNSON

Clerk

(By) Deputy Clerk